**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 10-04356MP-001-PCT-MEA |
| Plaintiff, | |
| vs. | **ORDER** |
| Thomas James Crawford, | |
| Defendant. | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph A of the Petition to Revoke Unsupervised Probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FORTY-FIVE (45) DAYS** on each citation, with credit for time served. The sentences shall run concurrently with each other and with the sentence imposed in Case 11-04211MP-001-PCT-MEA.

IT IS FURTHER ORDERED that Paragraph B of the Petition is DISMISSED.

DATED this 20th day of September, 2011.

_____
Mark E. Aspey
United States Magistrate Judge